## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

In re:

**Nathaniel Brooks Sr. and Barbara Lewis Brooks**
S.S. Nos.: xxx-xx-8646 and xxx-xx-6944
Mailing Address: 1007 Brandon Road, Durham, NC 27713-

**Case No. 11-80450**

Debtors.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on March 17, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: March 28, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
(MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 12/21/10
**Lastname-SS#:** Brooks-8646-SS

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Festiva TM | 5 | TimeShare |
| | Festiva TM | 4 | TimeShare Maint. |
| | | | |
| | | | |
| | | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

## ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | BOA - 1st DOT | 1 | $4,734 | ** |
| | Emory Woods | 3 | $720 | ** |
| | | | | ** |
| | | | | ** |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

## LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | BOA - 1st DOT | 1 | $1,704 | N/A | n/a | $1,704.00 | land, home, escrow |
| | Emory Woods | 3 | $60 | N/A | n/a | $60.00 | land, home |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

## STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

## STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Wells Fargo | 6 | $16,785 | 5.00 | $136 | $352.90 | 2004 Yukon Denali |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | $300 |
| State Taxes | $669 |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | Amount** |
|---|---|
| DMI= None($0) | None($0) |

## PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$2,369** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **2.24** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules
** = Greater of DMI x ACP or EAE   (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

**Other Miscellaneous Provisions**
Plan to allow for 3 "waivers".

# CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**


/s Kaelyn McCollum
Kaelyn McCollum

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Bureau of Collection Recovery LLC<br>7575 Corporate Way<br>Eden Prairie, MN 55344 |
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | Absolute Collection Service **<br>421 Fayetteville Street Mall<br>Suite 600<br>Raleigh, NC 27601 | CACH, LLC **<br>4340 S Monaco St Unit 2<br>Denver, CO 80237-3408 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | Bank of America / FIA Card Services<br>P.O. Box 15026<br>Wilmington, DE 19850 | Capital One ***<br>Post Office Box 30285<br>Salt Lake City, UT 84130-0285 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Bank of America Home Loans<br>Post Office Box 660694<br>Dallas, TX 75265-0694 | Chase ****<br>Cardmember Service<br>Post Office Box 15298<br>Wilmington, DE 19850-5298 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Bank of America Home Loans**<br>Customer Service<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | Citi<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Bank of America Loans Servicing<br>7105 Corporate Drive<br>Plano, TX 75024-4100 | Citi<br>Post Office Box 6276<br>Sioux Falls, SD 57117-6276 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Barclays Bank Delaware<br>Card Services<br>Post Office Box 8802<br>Wilmington, DE 19899-8802 | Citi Cards<br>PO Box 6286<br>Sioux Falls, SD 57117 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | Belk***<br>c/o GE Money Bank - Bankruptcy Dept<br>Post Office Box 103104<br>Roswell, GA 30076 | Credit Bureau of Greensboro**<br>Post Office Box 26140<br>Greensboro, NC 27402-0040 |
| Internal Revenue Service (ED)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Bureau of Collection Recovery<br>Post Office Box 876<br>Oaks, PA 19456 | Credit First<br>Post Office Box 81083<br>Cleveland, OH 44181 |

Duke Primary Care
5213 South Alston Avenue
Durham, NC 27713

Duke Private Diagnostic Clinic
Post Office Box 530
Durham, NC 27702-0530

Duke University Health System
5213 South Alston Avenue
Durham, NC 27713

Duke University Health System
Post Office Box 91040
Durham, NC 27708-1040

Duke University Health System, Inc
421 Fayetteville Street
Suite 600
Raleigh, NC 27601

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

Durham Regional Hospital
Post Office Box 91040
Durham, NC 27708-1040

Emory Woods Community Association, Inc
1722 Alfred Street
Durham, NC

Federal Housing Authority**
Department of HUD
1500-401 Pine Croft Road
Greensboro, NC 27407

Festiva Management Group
Festiva Adventure Club
One Vance Gap Road
Asheville, NC 28805

Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228

GEMB
PO Box 103106
Roswell, GA 30076

GEMB/Boybt
PO Box 981439
El Paso, TX 79998-1439

HSBC ***
Cardmember Services
PO Box 5250
Carol Stream, IL 60197-5250

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

JC Penney **
c/o GE Money Bank-Bankruptcy Dept
Post Office Box 103104
Roswell, GA 30076

Kay Jewelers
Post Office Box 3680
Akron, OH 44309-3680

Kohls/Chase
PO Box 3115
Milwaukee, WI 53201-3115

Lowe's
c/o GE Money Bank - BK Departm
PO Box 103104
Roswell, GA 30076

Mitchell A. Meyers
Sessoms & Rogers, PA
PO Box 52508
Durham, NC 27717

North Carolina Department of Rev
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

North Carolina Speciality Hospital
P.O. Box 15133
Durham, NC 27704-5133

Portfolio Recovery Associates ***
120 Corporate Boulevard
Ste. 100
Norfolk, VA 23502

Private Diagnostic Clinic, PLLC
5213 South Alston Avenue
Durham, NC 27713

Publishers Clearing House
Post Office Box 4002936
Des Moines, IA 50340-2936

RCS
CSRECS01
Post Office Box 1022
Wixom, MI 48393-1022

Sears  
Post Office Box 6283  
Sioux Falls, SD 57117-6283

Sessoms & Rogers, P.A.  
Post Office Box 52508  
Durham, NC 27717

SunTrust  
Cardmember Services  
P.O. Box 791278  
Baltimore, MD 21279-1278

Suntrust  
Bankruptcy Dept./ RVW 7941  
P.O. Box 85092  
Richmond, VA 23286

SunTrust Bank  
Cardmember Services  
PO Box 621629  
Orlando, FL 32862-1929

T-Mobile**  
Bankruptcy Department  
Post Office Box 37380  
Albuquerque, NM 87176-7380

The Law Offices of John T. Orcutt  
6616-203 Six Forks Road  
Raleigh, NC 27615

UPA  
6075 Roswell Road  
Suite 515  
Atlanta, GA 30328-4062

US Attorney's Office (MD)**  
Middle District  
Post Office Box 1858  
Greensboro, NC 27502-1858

Wells Fargo Auto Finance  
Post Office Box 29704  
Phoenix, AZ 85038-9704

Wells Fargo Financial National Bank  
800 Walnut Street  
MAC F4030-04C  
Des Moines, IA 50309

Wells Fargo Financial National Bank  
Post Office Box 10475  
Des Moines, IA 50306